**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Scott Duncan and Christy Knight, Defendants,

of whom Christy Knight is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000495

———————————

Appeal From Lancaster County
Debra A. Matthews, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-047
Submitted February 1, 2023 – Filed February 2, 2023

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Angela Michelle Killian, of Lancaster, for Respondent.

Susan Margaret Johnston, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:**  Christy Knight appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Knight's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.